We have not heard from counsel. So we had a motion last week to submit the case, and we denied it. And on Friday we had an emergency motion from Petitioner's Counsel asking us to reconsider. We didn't actually get it until this morning, and we've tried to get counsel on the phone and perhaps have her argue by phone, but we have not been successful. So I guess we'll just hear from the government. I guess the best way to start is to ask if the Court has any questions. I feel awkward arguing without the other slide. I'll pose a question for you so you don't feel you have nothing to answer. My question is, isn't it sort of 1984ish or statist to say that if Ms. Alaniz doesn't turn in her mother, she doesn't blow the whistle on her lying mother, that she can't get relief under the immigration laws? What was the very first part of your question, Your Honor? Isn't this a what? Oh, like Orwell's book, 1984. Like the Chief Justice tried to coin a word, 1984ish. Okay. I liked it. I heard it. It just didn't come through the speaker, but 1984ish or Orwellian. So I said 1984ish or statist. Huxley, 1984. And it started with an N or an S instead of a P, but go ahead. Actually, 1984 is Orwell. Sorry? 1984 is Orwell, Huxley's Brave New World. All right, I'm on track now. There we go. We all went to high school about the same time, so I think we all have the same books, right? Well, she had a tough place to be in, there's no doubt of that. And it is very awkward turning in your mother. There's no doubt about that. But she didn't have to participate and, in fact, she could have stayed at home. Well, this was a lie for her benefit. Of course. It's not like you see your mother committing some sort of crime and then you have to go tell on her to police. She's there being the beneficiary of the lie. She and the board used the word participate. I would have said role because there's much more to it when you think about it. Gee, there were like four appearances before any application was filed. And the subject was raised by the judge, well, are you going to file one or four applications? So he put it out to them and it took them this amount of time to decide. Two of the daughters were not even dependents. They were over 21. By the time the mother filed it, a decision had been made how to proceed. And at this point, the petitioner was an adult, correct? So it wasn't like the petitioner was eight. No, at the time the mother filed the application, the daughter was just days from 21. So days later, she became 21, and at this time, you would still age out of a principal's application. So she should have aged out. But there was much more to it, sadly. She comes to every hearing. She sits through the mother's two evidentiary hearings. She herself witnesses the mother being given the advice by the judge of a fraudulent application. She herself, before they decide how to proceed, herself receives the warning orally and in writing. So what happened to the mother's application? The mother's case was remanded by this court, and she eventually got withholding under torture convention only. CAT? Pardon? Withholding or CAT? CAT. Well, sometimes it's called withholding under CAT, protection under CAT. I understand. Yes. And then the two daughters had similar petitions as this petitioner does, and they were able to adjust their status, and so they withdrew their petitions for review and had their cases reopened at the board. I guess there's one thing that's bothered me about this case. If I read Kalubi, K-A-L-U-B-I, that's the way I say it, versus Ashcroft, it seems to me that there we said that the BIA must state its reasons and show proper consideration of all factors. Yes, Your Honor. When weighing the equities and denying the relief. If I look very carefully, the I.J. doesn't say anything about church attendance. The I.J. doesn't say anything about lack of criminal record. Did the I.J. weigh all the factors? He weighed all the factors that were proffered. Well, they proffered church attendance. They proffered lack of criminal record. I mean, this is a discretionary decision. Yes. In my book, Rodriguez says I shouldn't even get in this. It's discretionary, unless the I.J. and the BIA do not consider all the factors. So I'm asking you a factor question. I think you're correct that they didn't go that far, but I would say they didn't have to, that they considered what was principally asserted, and that was in regard to what the I.J. did, in regard to her family, her education, her career, and so forth. The BIA, hearing it de novo, remedied the I.J.'s fault in not discussing danger, which is a very serious consideration. The board was a little short on the other equities, but it did consider the one that really counted. The future persecution you're talking? Yes, the under Pula. She got withholding, correct? Pardon? She has withholding. Yes, she does. I understand that she has withholding. Is there any authority for the proposition that since withholding is an inferior status to asylum, that the BIA has to take that into account in their determination? Because they kind of said, well, she's got withholding. We don't have to worry about future persecution. Well, withholding removes the danger element, so that makes the balancing harder for the petition, because it's not an element. It vanishes, and it's a matter of- Counsel, if I could ask, does withholding just remove the danger element for a period of time? That is, can withholding be revoked in ways different than asylum? Yes, it can. I don't know- If the danger disappears. Yes, but I don't think in this instance it's likely to disappear any time soon. We're talking about- But if the danger disappears, it doesn't play any role anyway, right? I'm sorry? If the danger disappears, then it doesn't count in the balance anyway. Yes, yes. But there's not much likely that in this particular case that withholding would ever disappear. We're talking about Chaldeans from Iraq, and it's not likely for- So what is her status here, then? She gets a green card or what? No, she cannot- That's very good. Before asylum, there's a much more attractive benefit. Is she able to work? Yes. And I think the record says she was- She gets a work authorization or something. Pardon? She gets a work authorization and a limited Social Security number? I think she's had it for some time, and certainly she enjoys it as the beneficiary of withholding. That's what I'm saying. As a beneficiary of withholding, you get the work authorization and a Social Security number. Oh, yes. And you get to pay taxes. You have to pay taxes anyway. Isn't she fortunate? But I think she's now graduated from pharmacy school. She's, I guess, just waiting to meet Mr. Ryder, adjust on that basis, but she has withholding for the foreseeable future. I've never heard of a case, actually, where they got around to withdrawing it, as a matter of fact. But removing the danger makes the balancing a lot easier. You're out of time. Unless there are any questions, we'll bring this to a close. Yes, thank you, Your Honor. Okay. Thank you very much. Case is arguably submitted. Thank you. That's our calendar for this morning. We're adjourned. All rise. This court for this session stands adjourned.
judges: Kozinski, Gould, Smith